UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5532 ODW (MRW) | Date | September 17, 2015 |
|---|---|---|---|
| Title | Turner v. The People | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

This is a state habeas action. Petitioner generally contends that he accepted a plea agreement based on bad advice from his trial attorney. (Petition at 3-5.)

Judge Wilner screened the Petition pursuant to the federal rules governing habeas actions. (Docket # 3.) In his order, Judge Wilner addressed several significant problems with the Petition (exhaustion, improper defendant, reference to nonexistent documents, lack of significant dates, etc.) and gave Petitioner an opportunity to file a supplemental statement addressing those issues. The order cautioned Petitioner that his failure to file a timely response could result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). To date, however, Plaintiff has not complied with the Court's order.

In the interests of justice, the Court will give Petitioner one last chance. Petitioner is ordered to show cause why his case should not be dismissed pursuant to Rule 41 for failure to prosecute and failure to obey a Court order. Petitioner's response to the OSC <u>and</u> his supplemental statement addressing the issues raised in the Court's screening order are due by <u>October 8, 2015</u>.

**Failure to submit a timely response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**